## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

In re:

TAYLOR, BEAN & WHITAKER
MORTGAGE CORPORATION          Bankruptcy Case No. 3:09-bk-7407-JAF

     Debtor.

_____

SOVEREIGN BANK,

     Appellant,

v.                                    Case No. 5:15-cv-44-Oc-32

UNITED STATES FIRE INSURANCE
COMPANY, NATIONAL UNION
FIRE INSURANCE CO. OF
PITTSBURGH, PA, GREAT
AMERICAN INSURANCE GROUP,
and U.S. SPECIALTY INSURANCE
COMPANY,

     Appellees.

_____

### O R D E R

Upon review of the Agreed Motion for Voluntary Dismissal of Bankruptcy Appeal (Doc. 4), filed on February 11, 2015, this appeal is dismissed. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of February, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of Record